UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ORIGIN BANK                                                        PLAINTIFF

V.                                                CIVIL ACTION NO. 3:20cv477-DPJ-FKB

KENNETH H. COGHLAN                                   DEFENDANT

FINAL JUDGMENT

For the reasons given in the Order granting Defendant's Motion to Dismiss, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of October, 2020.

                                                     s/ *Daniel P. Jordan III*
                                                     CHIEF UNITED STATES DISTRICT JUDGE